No. 01–1861. SVERIGES ANGFARTYGS ASSURANS FORENING, DBA THE SWEDISH CLUB v. GLOVEGOLD SHIPPING LTD. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 01–1863. BAY VIEW, INC. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 01–1864. MEEK v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 01–1866. WESTON v. FEDERAL EXPRESS CORP. C. A. 2d Cir. Certiorari denied.

No. 01–1868. BROWN v. TOKIO MARINE & FIRE INSURANCE CO., LTD., ET AL. C. A. 8th Cir. Certiorari denied.

No. 01–1869. BUCKINGHAM TOWNSHIP v. WYKLE, ADMINISTRATOR, FEDERAL HIGHWAY ADMINISTRATION, ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–1870. COBB ET AL. v. ROSHTO ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–1871. PRATT ET AL. v. NATIONAL POSTAL MAIL HANDLERS UNION, LOCAL 305, ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–1872. LEON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–1874. VARGAS-HARRISON v. RACINE UNIFIED SCHOOL DISTRICT ET AL. C. A. 7th Cir. Certiorari denied.

No. 01–1875. GUARD PUBLISHING CO., DBA THE REGISTER-GUARD v. WILLMS, ACTING REGIONAL DIRECTOR, NINETEENTH REGION OF THE NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied.

No. 01–1876. FRANCO v. J. M. PAINTING AND DRYWALL ET AL. Sup. Ct. Nev. Certiorari denied.

No. 01–1877. GRANADOS-MONDRAGON v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied.